# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                          **GREENBELT, MARYLAND 20770**
                                                                                                                **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record
                Angela Griffin, U.S. Probation

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Lionel Shackelford*
                Criminal No. RWT 12-072

DATE:     June 22, 2016

\* \* \* \* \* \* \* \* \*

      A violation of supervised release hearing is hereby scheduled for **August 2, 2016 at 2:30 p.m.**

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                     /s/
                                                       Roger W. Titus
                                                       United States District Judge